1099 NEW YORK AVENUE, NW SUITE 900 WASHINGTON, DC 20001-4412            **JENNER&BLOCK** LLP

June 27, 2022

David W. DeBruin
Tel  +1 202 639 6015
Fax +1 202 639 6066
DDeBruin@jenner.com

Mark J. Langer
Clerk of the Court
U.S. Court of Appeals for the District of Columbia Circuit
333 Constitution Avenue, NW
Washington, D.C. 20001

Re:    Waterkeepers Chesapeake v. Federal Energy Regulatory Commission, No. 21-1139 (and
       consolidated case No. 21-1186) – Oral Argument Not Yet Scheduled

Dear Mr. Langer,

I am arguing counsel for Intervenor for Respondent Constellation Energy Generation, LLC in the
above-captioned matter and, pursuant to D.C. Circuit Handbook of Practice and Internal
Procedures at IX.A.1., X.D., and XI.A., am writing to inform the Court that I will be unavailable
for oral argument from September 16 through September 20, 2022 due to prior travel
commitments in connection with a memorial service.

Respectfully submitted,

/s/ David W. DeBruin
Jenner & Block LLP
1099 New York Ave., NW
Suite 900
Washington, DC 20001

CHICAGO  LONDON  LOS ANGELES  NEW YORK  SAN FRANCISCO  WASHINGTON, DC            WWW.JENNER.COM