# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 21-1139** | **September Term, 2022** |
| | **FERC-147FERC61217**<br>**FERC-Project No. 405-129** |
| | **Filed On:** May 5, 2023 |

Waterkeepers Chesapeake, et al.,

    Petitioners

    v.

Federal Energy Regulatory Commission,

    Respondent

------------------------------

Constellation Energy Generation, LLC, et al.,
    Intervenors

------------------------------

Consolidated with 21-1186

**BEFORE:**    Srinivasan, Chief Judge; Millett, Circuit Judge; and Tatel, Senior Circuit Judge

## O R D E R

Upon consideration of the joint motion to stay briefing on petitioners' motion for costs and attorneys' fees for 60 days, it is

**ORDERED** that the motion to stay be granted, and the briefing be suspended pending further order of the court.

The parties are directed to file a status report on or before June 30, 2023.

**Per Curiam**

                        **FOR THE COURT:**
                        Mark J. Langer, Clerk

        BY:    /s/
                 Daniel J. Reidy
                 Deputy Clerk